FILED
SUPERIOR COURT
OF GUAM

2021 JUN -1 PM 2:46

CLERK OF COURT

By:_____

## IN THE SUPERIOR COURT OF GUAM

| PEOPLE OF GUAM, | **Criminal Case No. CF0713-19** |
| | GPD Report No. 19-37983 |
| v. | |
| TRACEY ALTEN | **DECISION AND ORDER** |
| DOB: 12/30/1989 | **FINDING DEFENDANT COMPETENT** |
| | **TO STAND TRIAL** |
| Defendant. | |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on May 21, 2021 for a Competency Hearing. Assistant Attorney General Dannis Le represents the People, and Assistant Public Defender Brian Kegerreis represents Tracey Alten ("Defendant"). Having duly considered the Defendant's Forensic Evaluation, Dr. Rapadas's testimony, the parties' oral arguments, and the applicable law, the Court now issues the following Decision and Order and **finds Defendant competent to stand trial.**

### BACKGROUND

On December 23, 2019, Defendant was arrested and charged with Aggravated Assault (as a 3rd Degree Felony). Indictment (Jan. 3, 2020). Defendant allegedly threw a large rock, striking Helena Ubungen. Magistrate's Complaint (Dec. 28, 2019).

On January 8, 2020, the Defendant pled Not Guilty By Reason of Mental Illness, Disease, or Defect. Minute Entry (Jan. 8, 2020).

On January 24, 2020, Defendant underwent a forensic evaluation with Dr. Juan Rapadas, an expert clinical psychologist at the Client Services Family Counseling Division of the Superior Court of Guam.

Decision and Order Finding Defendant Competent to Stand Trial
CF0713-19, *People of Guam v. Tracey Alten*
Page 1 of 3

The Court held a hearing on May 21, 2021 to determine Defendant's competency to stand trial. After hearing the arguments of the parties, the Court took the matter under advisement.

<h1 style="text-align:center"><strong><u>DISCUSSION</u></strong></h1>

"A defendant is incompetent to be proceeded against in a criminal action if, as a result of mental illness... he is unable (1) to understand the nature of the proceedings, (2) to assist and cooperate with counsel, (3) to follow the evidence, or (4) to participate in his defense." 9 G.C.A. § 7.37(a)(1)-(4).

Defendant appeared mentally sound throughout the forensic evaluation. Defendant was oriented to place, time, person, and object. Forensic Evaluation at 3 (Feb. 3, 2020). Defendant showed "good" attention and concentration during the assessment. Id. at 3. Defendant showed "only somewhat fair" thought organization, but her speech content was always appropriate to situation and not difficult to understand. Id. at 3. Defendant's memory was also intact, and she had "fairly good recollection of some of the recent events that brought her" to the forensic evaluation. Id. at 3.

Defendant underwent a mini-mental status examination ("MMSE"), which is a brief test used to gage the Defendant's current orientation, object registration, attention, language recognition skills, and ability to recall. Id. at 4. Defendant scored a 28/30 on the MMSE, which Dr. Rapadas described as "very good". Id. at 4. The 28/30 is well above the 23/30 cutoff threshold for those with cognitive and possible memory impairments. Id. at 4.

Defendant's understanding of the criminal proceedings also seemed fair. Defendant knew the general legal roles of her attorney, knew the different plea options she had and the ramifications for each choice, knew the name of her attorney and judge, knew when her next hearing was, and even expressed a desire to work with her attorney. Id. at 5.

Defendant is diagnosed with Unspecified Schizophrenia Spectrum Disorder, and is currently taking psychiatric medications to help manage it. Id. at 3. Because of the Schizophrenia, Defendant experiences auditory hallucinations (hearing voices) constantly both day and night. Id. at 3. Defendant was off her anti-psychotic treatment at the time of her arrest, which likely

Decision and Order Finding Defendant Competent to Stand Trial
CF0713-19, *People of Guam v. Tracey Alten*
Page **2** of 3

contributed towards her actions. Id. at 5. However, Defendant is currently taking her anti-psychotic medications, and presently shows "no evidence of bizarre, disorganized, psychotic thinking or speech, or cognitive disorders, dementia, or low aptitude." Id. at 5.

Taking all data in total, Defendant is currently competent to be proceeded against and to be sentenced. As Dr. Rapadas laid out in his report, Defendant is currently taking her anti-psychotic medications and has a reasonable mental status. Defendant can also engage in conversation with her attorney and process any legal advice they give her. This ability, combined with her strong MMSE Test results, indicate that Defendant is competent to be proceeded against.

## CONCLUSION

For the reasons stated above, the Court finds the Defendant competent to stand trial. The Defendant's case will not be transferred to Mental Health Court because Defendant was deemed competent. Defendant can make any diminished capacity defense she may have at trial.

**IT IS SO ORDERED** this June 1, 2021.



---
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:
AG, PDSC

Date: 6/1/21 Time: 2:54 pm
Antonia Cruz
Deputy Clerk, Superior Court of Guam

Decision and Order Finding Defendant Competent to Stand Trial
CF0713-19, *People of Guam v. Tracey Alten*
Page 3 of 3